## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

June 5, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/15
```

BY ECF

Honorable Thomas P. Griesa
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Trinity Investments Limited v. Republic of Argentina*, No. 14 Civ. 9095 (TPG);
*Red Pines LLC v. Republic of Argentina*, No. 14 Civ. 09427 (TPG)

Dear Judge Griesa:

We write in connection with plaintiffs' motions for leave to amend their complaints (the "Motions") in the above-captioned actions. The Motions were filed on May 22, 2015. The parties have agreed to the following briefing schedule for the Motions:

- Republic's responses to plaintiffs' Motions: July 14, 2015

- Plaintiffs' replies: July 28, 2015

Pursuant to Rule 1.F of the Court's Individual Practices, this is the first request for an extension of the briefing schedule for the Motions.

Hon. Thomas P. Griesa, p. 2

We respectfully request that the Court so-Order the proposed schedule.

Respectfully submitted,

Carmine D. Boccuzzi

cc: Counsel of Record (by ECF)

SO ORDERED:

Thomas P. Griesa /cmd

U.S.D.J.    6/8/15